

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-82,735-02

**EX PARTE CHARLES DEVON WASSERMAN, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 12-10-11,721-A IN THE 24TH DISTRICT COURT
### FROM DEWITT COUNTY

*Per curiam*. YEARY, J. filed a concurring opinion, joined by SLAUGHTER, J.

### O R D E R

Applicant was convicted of aggravated sexual assault of a child and sentenced to ninety-nine years' imprisonment. The Thirteenth Court of Appeals affirmed his conviction. *Wasserman v. State*, 13-13-00144-CR (Tex. App.—Corpus Christi-Edinburgh Aug. 14, 2014)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On January 4, 2022, the trial court entered an order designating issues. The district clerk forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the application was forwarded before the trial court made findings of fact and conclusions of law. We remand this application to the trial court to complete its evidentiary investigation and

make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: March 9, 2022
Do not publish